WOOD *vs.* SUTTON.

The *general issue* will not be stricken out as a *false* plea.

A MOTION was made in this case to strike out the *general* October 9.
*issue* as a *false* plea, which was denied by the CHIEF JUSTICE,
with costs, as an unheard-of motion.

---

LYNDE *vs.* WEST.

Where notice of appearance is not given until after the entry of a default for
not pleading, the plaintiff is not bound to serve the defendant's attorney
with notice of assessment.

AFTER a default for not pleading was entered, a notice of November 20.
appearance was served. Two days after receiving such no-
tice, the plaintiff entered a rule for interlocutory judgment, and
had his damages assessed, without giving notice of assess-
ment to the defendant's attorney, who now, on the ground of
such omission, moved to set asside the interlocutory judgment
and subsequent proceedings for irregularity.

*By the Court,* SUTHERLAND, J. Here was no irregularity.
Had notice of appearance not been served, the plaintiff would
not have been obliged to give notice of assessment; and not
receiving notice of retainer until after the default was entered,
he could not be required to delay his judgment by giving no-
tice of assessment.

                                  Motion denied.